## In re BERGMAN.

District Court, S. D. New York.
April 12, 1934.

Emerson & Sperling, of New York City, for bankrupt.

Louis F. Stumpf, of New York City, for opposing creditor.

BONDY, District Judge.

Ordered, adjudged and decreed that the report of the Hon. Peter B. Olney, Jr., Referee in Bankruptcy, sitting as special master, dated March 13, 1934, be and the same hereby is in all respects confirmed.